# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| DARIN BELLAMY AND CHRISTINA BELLAMY, <br><br> Plaintiffs, <br> v. <br><br> THE UNITED STATES GOVERNMENT, <br><br> Defendant. | Civil Case No. 4:16-cv-01230-RBH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties, by and through their undersigned attorneys, hereby stipulate pursuant to Rule 41(1)(a)(ii), Fed. R. Civ. P., that this action be dismissed with prejudice, all parties to bear their own respective costs.

Respectfully submitted this 19th day of July, 2017.

I STIPULATE:

THE BRITTAIN LAW FIRM, P.A

s/Thomas C. Brittain
Thomas C. Brittain, Esq.
A. Preston Brittain, Esq.
4614 Oleander Drive
Myrtle Beach, SC 29577
Tel.:   (843) 449-8562
Fax:   (843) 497-6124
*Attorneys for Plaintiffs*

I STIPULATE:

BETH DRAKE
United States Attorney
District of South Carolina

By: s/ Matthew J. Modica
Matthew J. Modica, Esq.
Assistant United States Attorney
District of South Carolina
151 Meeting Street, Suite 200
Charleston, South Carolina 29401-2238
Telephone: (843) 266-1676
Facsimile:  (843) 727-4443
*Attorney for Defendant*